**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6061

DANIEL MELLINGER,

               Petitioner - Appellant,

          v.

MR. BAUKNECHT; UNITED STATES PAROLE COMMISSION,

               Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:06-cv-03441-RBH)

Submitted: April 29, 2008          Decided:  May 30, 2008

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Mellinger, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Mellinger appeals a district court order granting Respondents' motion for summary judgment on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order, and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Mellinger v. Bauknecht, No. 0:06-cv-03441-RBH (D.S.C. Nov. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED